THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KYLE TEUTSCH, *et al.*, | CASE NO. C19-0406-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to mediate (Dkt. No. 10). The motion is GRANTED. The deadline to mediate is EXTENDED to November 6, 2019. No other case management deadlines are affected by this order.

DATED this 27th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0406-JCC
PAGE - 1