THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE TEUTSCH and ELIN TEUTSCH, husband and wife and the marital community comprised thereof,<br><br>                Plaintiffs,<br><br>      v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C19-0406-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain pre-trail deadlines (Dkt. No. 12). The court hereby GRANTS the motion and ORDERS that pre-trial deadlines are modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cutoff | December 13, 2019 | January 13, 2020 |
| Dispositive Motion | January 13, 2020 | February 13, 2020 |
| Expert Disclosure | January 14, 2020 | February 14, 2020 |

//

1        DATED this 15th day of November 2019.

2                             <u>William M. McCool</u>
Clerk of Court

3

4                             <u>s/Tomas Hernandez</u>
Deputy Clerk